JOSEPH HAMILTON, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $10,263.95, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

CHARLES TRESHMAN, Appellant, v. REPUBLICAN PUBLISHING COMPANY, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.